■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CONRAD A. MARSHALL, Appellant. [703 NYS2d 426] —Judgment unanimously affirmed. Memorandum: Defendant appeals from a judgment convicting him following a bench trial of grand larceny in the third degree (Penal Law § 155.35) and criminal possession of stolen property in the third degree (Penal Law § 165.50). The evidence, viewed in the light most favorable to the People (*see, People v Contes,* 60 NY2d 620, 621), is legally sufficient to establish defendant's guilt beyond a reasonable doubt (*see, People v Bleakley,* 69 NY2d 490, 495). The testimony of defendant that conflicted with that of the People's witnesses presented an issue of credibility for County Court, whose determination is entitled to great deference (*see, People v Van Akin,* 197 AD2d 845; *People v Davis,* 191 AD2d 705, 706). (Appeal from Judgment of Monroe County Court, Marks, J.—Grand Larceny, 3rd Degree.) Present—Green, A. P. J., Hurlbutt, Scudder and Lawton, JJ.